NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**THINK PRODUCTS, INC.,**
*Plaintiff-Appellant*

**v.**

**ACCO BRANDS CORPORATION, ACCO BRANDS USA, LLC,**
*Defendants-Appellees*

---

2021-1128

---

Appeal from the United States District Court for the Northern District of Illinois in No. 1:18-cv-07506, Judge Andrea R. Wood.

---

**JUDGMENT**

---

EDWIN DAVID SCHINDLER, Edwin D. Schindler, Patent Attorney, Huntington, NY, argued for plaintiff-appellant. Also represented by JOHN FRANCIS VODOPIA, John F. Vodopia, PC, Huntington, NY.

MICHAEL R. WEINER, Marshall, Gerstein & Borun LLP, Chicago, IL, argued for defendants-appellees. Also represented by THOMAS LEE DUSTON, JOHN J. LUCAS, SANDIP PATEL.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, REYNA, and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

July 19, 2021                    /s/ Peter R. Marksteiner
    Date                         Peter R. Marksteiner
                                 Clerk of Court